USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/20/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEPHEN BUSHANSKY,

            Plaintiff,                        **ORDER**

        -v-                               23-CV-72 (LAK) (JLC)

PRIVETERRA ACQUISITION CORP. *et al.*,

            Defendants.

-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Plaintiff commenced this action by filing a complaint on January 5, 2023 (Dkt. No. 1).  On January 6, 2023, Judge Kaplan referred this case to me (Dkt. No. 3).  To date, plaintiff has not filed proof of service of process, nor has an appearance otherwise been made by counsel on behalf of the defendants.  In light of the foregoing, plaintiff is hereby directed to file a letter, no later than close of business on **May 4, 2023,** explaining why this action should not be dismissed for failure to prosecute, given that the deadline for service to be completed was April 5, 2023 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

      **SO ORDERED.**

Dated: April 20, 2023
       New York, New York

                                                                  _____
                                                                   JAMES L. COTT
                                                                 United States Magistrate Judge