UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEPHEN BUSHANSKY, <br><br> Plaintiff, <br><br> v. <br><br> PRIVETERRA ACQUISITION CORP., ROBERT PALMISANO, VIKRAM MALIK, OLEG GRODNENSKY, LANCE A. BERRY, JAMES LIGHTMAN, and JULIE B. ANDREWS, <br><br> Defendants. | Case No. 1:23-cv-00072-LAK-JAC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), consolidated plaintiff Stephen Bushansky hereby voluntarily dismisses his claims in the above-captioned consolidated action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 3, 2023                                   Respectfully,

                                                 By:   */s/ Michael Rogovin*
                                                       Michael Rogovin
                                                       476 Hardendorf Ave.
                                                       Atlanta, GA 30307
                                                       Tel: (404) 692-7910
                                                       Fax: (212) 682-3010
                                                       Email: mrogovin@weisslawllp.com

                                                       *Attorneys for Plaintiff*